

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-14-2011

# Cooper Univ Hosp v. Secretary HHS

Precedential or Non-Precedential: Precedential

Docket No. 09-4095

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Cooper Univ Hosp v. Secretary HHS" (2011). *2011 Decisions.* Paper 1886.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1886

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


**No. 09-4095**


COOPER UNIVERSITY HOSPITAL,
                                             Appellant

v.

KATHLEEN SEBELIUS,
Secretary, Department of Health and Human Services

Pursuant to F.R.A.P. 43(c)

(D.N.J. No. 1-08-cv-03781)

O R D E R


It appearing that in the Petition for Rehearing by Appellant, counsel requested that

the panel reissue its Opinion in a precedential format, and that counsel for Appellee

agreed with this request in their Answer to the Petition for Rehearing,

At the direction of the court, the Not Precedential Opinion filed on October 12,

2010, will be re-issued in Precedential format.


                                             For the Court,


                                             /s/ Marcia A. Waldron
                                             Clerk


Dated: 14 January 2011